Donald A. Robinson, Esq.
Leda Dunn Wettre, Esq.
ROBINSON, WETTRE & MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

*Attorneys for Nominal Defendant*
*Johnson & Johnson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. 3:11-2511-FLW-TJB |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby enters an appearance in the above-entitled action on behalf of nominal defendant Johnson & Johnson.

ROBINSON, WETTRE & MILLER LLC

By: ___s/Leda Dunn Wettre_____
　　　　Leda Dunn Wettre

Dated: August 19, 2011

**CERTIFICATE OF SERVICE**

      I certify that on August 19, 2011, I served the within Notice of Appearance on all counsel of record through the Court's Electronic Filing Notification.

                                                           *s/Leda Dunn Wettre*
                                                           Leda Dunn Wettre