| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>Caroline F. Bartlett<br>CARELLA, BYRNE, CECCHI<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>*Attorneys for Demand Futile Plaintiffs* | Gary Graifman<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, P.C.<br>210 Summit Avenue<br>Montvale, New Jersey 07645<br>(201) 391-7000<br>*Attorneys for Demand Refused Plaintiffs* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, *et al.* | Civil Action No. 11-4993 (FLW)<br><br>**NOTICE OF MOTION** |

To:   All Counsel on ECF List

PLEASE TAKE NOTICE that on such date and time as the Court shall direct, the undersigned counsel for Plaintiffs shall move before Hon. Freda L. Wolfson, U.S.D.J. at the Clarkson S. Fisher Federal Building, 402 E. State Street, Trenton, New Jersey 08608 for an Order preliminarily approving the proposed settlement in accordance with Fed. R. Civ. P. 23.1.

The undersigned intends to rely upon the annexed Brief and Exhibits attached thereto.

The undersigned hereby requests oral argument.

                                            CARELLA, BYRNE, CECCHI,
                                            OLSTEIN, BRODY & AGNELLO
                                            Counsel for Demand Futile Plaintiffs


                                        By:   /s/ James E. Cecchi
                                                  JAMES E. CECCHI

Dated: July 11, 2012

| | |
|---|---|
| Mark Lebovitch | Karen L. Morris |
| Jeroen van Kwawegen | Patrick F. Morris |
| Jeremy Friedman | MORRIS AND MORRIS LLC |
| BERNSTEIN LITOWITZ BERGER |   COUNSELORS AT LAW |
|   & GROSSMANN LLP | 4001 Kennett Pike, Suite 300 |
| 1285 Avenue of the Americas | Wilmington, Delaware 19807 |
| New York, New York 10019 | (302) 426-0400 |
| (212) 554-1400 | |
| | |
| Darren J. Robbins | |
| Travis E. Downs III | |
| David W. Mitchell | |
| ROBBINS GELLER RUDMAN | |
|   & DOWD LLP | |
| 655 West Broadway, Suite 1900 | |
| San Diego, California 92101 | |
| (619) 231-1058 | |

*Attorneys for Demand Futile Plaintiffs*


| | |
|---|---|
| Jeffrey S. Abraham | Gary Graifman |
| ABRAHAM, FRUCHTER & | KANTROWITZ, GOLDHAMER & |
|   TWERSKY, LLP |   GRAIFMAN, P.C. |
| One Penn Plaza, Suite 2805 | 210 Summit Avenue |
| New York, NY 10119 | Montvale, New Jersey 07645 |
| (2123) 279-5050 | (201) 391-7000 |

*Attorneys for Demand Refused Plaintiffs*