## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) Judge Freda L. Wolfson Date: September 28, 2012 Time: 10:00 a.m. Courtroom: 5E ORAL ARGUMENT REQUESTED |

### NOTICE OF MOTION TO INTERVENE OF MARK G. PETRI

Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone: (703) 203-3848
Email: tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Attorneys for Intervenor/Objector Petri

To: All Counsel

PLEASE TAKE NOTICE that, on September 28, 2012, or as soon as the undersigned may be heard, Mark G. Petri shall move before the Hon. Freda L. Wolfson, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 5E, Trenton, NJ 08608, to permit Petri to intervene pursuant to Fed. R. Civ. P. 24(a) and (b).

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the undersigned relies upon the Memorandum in Support of Motion to Intervene.

PLEASE TAKE FURTHER NOTICE that the undersigned has contemporaneously filed an Objection to Attorneys' Fees and Memorandum in Support of Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Local Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Civil Procedure 24(c), a proposed pleading is attached.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument for this motion in accordance with L. Civ. R. 78.1(b).

Dated:  August 31, 2012                    Respectfully submitted,


                                           *David M. Nieporent*
                                           David M. Nieporent

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served via FedEx overnight shipment a copy of this Motion to Intervene and accompanying documents upon the following:

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

| | |
|---|---|
| Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. Attn: James E. Cecchi 5 Becker Farm Road Roseland, NJ 07068 | Patterson Belknap Webb & Tyler Attn: Erik Haas 1133 Avenue of the Americas New York, NY 10036 |
| Kantrowitz, Goldhamer & Graifman, P.C. Attn: Gary Graifman 210 Summit Avenue Montvale, NJ 07645 | Sidley Austin LLP Attn: Kristen R. Seeger One South Dearborn Street Chicago, IL 60603 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2012

_David M. Nieporent_

David M. Nieporent