**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**SAMUEL & STEIN**
David M. Nieporent (DN-9400)
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Theodore H. Frank (*pro hac vice* pending)
CENTER FOR CLASS ACTION FAIRNESS LLC
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

Attorneys for Objector
Mark Petri

| | |
|---|---|
| In re Johnson & Johnson Derivative Litigation; | Case Nos.: |
| | 10-CV-2033-FLW |
| In re Johnson & Johnson FCPA Shareholder Derivative Litigation; | 11-CV-2511-FLW |
| | 11-CV-4993-FLW |
| Copeland v. Prince, *et al.* | **DECLARATION OF MARK G. PETRI IN SUPPORT OF OBJECTION** |

Now comes Mark George Petri, Esq., and states the following under oath and under penalty of perjury in support of his objection:

1. My name is Mark George Petri. I am a Johnson & Johnson shareholder, and I object to this zero-dollar settlement.

2. My address is 9822 North Valley Hill Drive, Mequon, WI 53092. My phone number is (262) 241-3537. I recently retired as president and CEO of Rite-Hite Holdings, Inc. Before that, I was a partner at the law firm of Foley & Lardner. I can be contacted through my *pro bono* attorney, Theodore H. Frank of the non-profit Center for Class Action Fairness.

3. I have sole control over two accounts that hold Johnson & Johnson stock. In my Computershare Trust account number ending in 320, I held 1,035.245181 shares on July 11, 2012, and hold the same amount today. This figure reflects an original purchase of 125 shares in 1988, continuously held through stock splits and dividend reinvestments; I have not sold any of this stock since the original 1988 purchase. Computershare issues statements to me once every three months. A true and correct copy of a redacted statement from Computershare dated June 12, 2012, is attached as Exhibit 1.

4. In my Charles Schwab account with a number ending in 511, I held 214.7419 shares on July 11, 2012, and hold the same amount today. A true and correct copy of a redacted statement from Charles Schwab dated June 30, 2012, is attached as Exhibit 2. A true and correct copy of a

redacted statement from Charles Schwab dated July 31, 2012, is attached as Exhibit 3.

5. At the Court's request, I am willing to provide unredacted versions of these brokerage statements for *in camera* review.

6. I bring this objection and my motion to dismiss in good faith on behalf of Johnson & Johnson shareholders prejudiced by the self-dealing of the shareholder representative attorneys in these cases. But if the court has any skepticism of my good faith, I am willing to stipulate to an injunction forbidding me from settling my objection without this court's approval.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Executed this 23 day of August, 2012, in NASHOTAH, Wisconsin.

Mark G. Petri