## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, *et al.* | Civil Action No. 11-4993 (FLW) |

## DECLARATION OF KAREN L. MORRIS IN RESPONSE TO OBJECTIONS AND IN FURTHER SUPPORT OF FINAL APPROVAL OF PROPOSED SETTLEMENT AND THE AWARD OF ATTORNEYS' FEES

Karen L. Morris, an attorney admitted to practice before this Court and a partner at the firm of Morris and Morris LLC Counselors at Law, Court-appointed Co-Lead Counsel in this Action, submits this declaration in Support of Plaintiffs' Motion for Final Approval of Proposed Settlement and the Award of Attorneys' Fees, and pursuant to 28 U.S.C. § 1746 declares as follows:

1.    Attached as Exhibit 1 hereto is a true and correct copy of a Yahoo! Finance webpage reflecting Johnson & Johnson stock ownership information, indicating that 65% of J&J's outstanding stock is held by Institutions and Mutual Fund Owners. *See* http://finance.yahoo.com\q\mh?s+JNJ+Major+Holders.

2.     Attached as Exhibit 2 hereto is a true and correct copy of the front page of the J&J Form 10-Q filed with the SEC on August 1, 2012, reflecting, *inter alia*, that J&J has approximately 2.757 billion shares outstanding as of that date.

3.     Attached as Exhibit 3 hereto are true and correct copies of pages from the website of the Center for Class Action Fairness. *See* http://centerforclassactionfairness.blogspot.com/.

4.     Attached as Exhibit 4 hereto is an extract from the J&J Form 10-Q, filed with the SEC on August 1, 2012, reflecting, *inter alia*, that J&J has faced multiple State Attorney General actions alleging illegal sales of Risperdal which have resulted in jury verdicts (presently under appeal) totaling more than $1.75 billion.

5.     Attached as Exhibit 5 is a true and correct copy of a Chart entitled JNJ Interactive Stock Chart, comparing July 20 2012 and July 23, 2012, taken from www.nasdaq.com.

6.     Attached as Exhibit 6 is a true and correct copy of the stipulation of settlement in *In re Pfizer Inc. Shareholder Derivative Litigation*, 09 cv-7822 (JSR) (S.D.N.Y. December 2, 2010).

7.     Attached as Exhibit 7 is a true and correct copy of the stipulation of settlement in *In re Schering-Plough Corporation Shareholders Derivative Ligitation*, 01-1412 (KSH) (D.N.J. October 3, 2007).

8.     Attached as Exhibit 8 is a true and correct copy of the stipulation of settlement in *N.A. Lambrecht v. Taurel et al.*, 08 cv-0068 (WTL) (TAB) (S.D. Ind. February 25, 2010).

9.     Attached as Exhibit 9 is a true and correct copy of the stipulation of settlement in *Unite National Retirement Fund v. Watts*, No. 04-cv-3603 (DMC-MF) (D.N.J. July 22, 2005)

10.     Attached as Exhibit 10 is a true and correct copy of the stipulation of settlement in *City of Pontiac General Employees' Retirement System v. Langone and the Home Depot, Inc.*,

C.A. 2006-cv-122302 (Sup. Ct. Fulton Cty. Ga. March 28, 2008).

  11.  Attached as Exhibit 11 is a true and correct copy of a letter from Mr. Thomas Keegan, dated Setpember 18, 2012 objecting to the requested award of attorneys' fees.

  Executed on September 21, 2012

                     _____
                     Karen L. Morris