# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-4318

In re: Johnson & Johnson

3-11-cv-04993

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  1/15/2014



**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc: Jeffrey S. AbrahamEsq.
Natalie F. BennettEsq.
Walter C. CarlsonEsq.
James E. CecchiEsq.
Edwin F. Chociey Jr.Esq.
Joseph J. DePalmaEsq.
Travis E. Downs IIIEsq.
Donald A. EcklundEsq.
Theodore H. FrankEsq.
Jeremy FriedmanEsq.
Joshua A. GoldbergEsq.
Gary S. GraifmanEsq.
Mark LebovitchEsq.
David W. MitchellEsq.
Karen L. MorrisEsq.
Patrick F. MorrisEsq.
Peter S. PearlmanEsq.
Darren J. RobbinsEsq.
Donald A. RobinsonEsq.
Adam E. SchulmanEsq.
Kristen R. SeegerEsq.
James C. ShahEsq.
John M. Skakun IIEsq.

Vivian R.M. StormEsq.
Lindsey H. TaylorEsq.
Leda D. WettreEsq.
Jeroen van KwawegenEsq.